# EXHIBIT A-1

```
                    UVALDE DISTRICT CLERK'S OFFICE - 07/23/24 - ALL COURTS
                         CIVIL ACTIVITY LIST - CASE: 2024-05-35545-CV
                            DETAIL RPT - ALL PLEADINGS - PAGE 1
```

| CASE # | | PLAINTIFF NAME(1) PLT ATTORNEY(1) | DEFENDANT NAME(1) DEF ATTORNEY(1) | | | |
|--------|------|-------------|---------|------|------|--------|
| PL DTE/S | CODE | DESCRIPTION | REMARKS | DPTY | # PP | AMOUNT |
| 2024-05-35545-C | | LOPEZ, ABEL MATTHEWS ,CHAD | DANIEL DEFENSE, LLC No Defense Atty on file. | | | |
| 05/24/24 | CV | ORIGINAL PETITION CIVIL | PET-PETITION FILING CODE CHOSEN, PLAINTIFFS' ORIGINAL PETITION | LPER | 102 | 350.00 |
| 05/24/24 | REC | RECEIPT ISSUED | 213436 | LPER | | 350.00 |

**TOTAL PLEADINGS PRINTED: 2**