AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Abel Cuellar Lopez, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   2:24-CV-0079-AM |
| Daniel Defense, LLC, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants EOTECH, LLC and Project Echo Holdings, LLC d/b/a American Holoptics                  .

Date:     12/05/2024

/s/Christopher Renzulli
*Attorney's signature*

Christopher Renzulli, No. 2658433
*Printed name and bar number*

Renzulli Law Firm, LLP
One North Broadway
White Plains, NY 10601
*Address*

crenzulli@renzullilaw.com
*E-mail address*

(914) 285-0700
*Telephone number*

(914) 285-1213
*FAX number*