UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
DEL RIO DIVISION

| | |
|---|---|
| **ABEL CUELLAR LOPEZ, INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARY OF X.J.L., DECEASED MINOR; FELICHA NICOLE MARTINEZ, INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARY AND AS REPRESENTATIVE OF THE ESTATE OF X.J.L., DECEASED MINOR; RYAN ANTHONY RAMIREZ, INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARY AND AS REPRESENTATIVE OF THE ESTATE OF A.H.R., DECEASED MINOR; AND JESSICA DEANNE HERNANDEZ, INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARY OF A.H.R., DECEASED MINOR,**<br>        *Plaintiffs*,<br><br>v.<br><br>**DANIEL DEFENSE, LLC; DANIEL DEFENSE HOLDINGS, LLC; M.C. DANIEL GROUP, INC.; FIREQUEST INTERNATIONAL, INC.; FLASH CO., INC.; EOTECH, LLC; PROJECT ECHO HOLDINGS, LLC D/B/A AMERICAN HOLOPTICS; KOUCAR MANAGEMENT, LLC; and OASIS OUTBACK, LLC,**<br>        *Defendants.* | Case 2:24-cv-00079-AM<br><br>COMPLAINT AGAINST OASIS FOR DAMAGES<br><br>1.  Negligence<br><br>2.  Gross Negligence/ Punitive/Exemplary Damages<br><br>Jury Trial Demanded pursuant to Fed. R. Civ. P. 38(b)<br><br>Removed from Case No. 2024-05-35545-CV in the 38th Judicial District Court of Uvalde County, Texas |

**DEFENDANT OASIS OUTBACK, LLC'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendant Oasis Outback, LLC ("***Oasis***") files this Unopposed Motion for Leave to Exceed Page Limits. Oasis requests leave to file its Reply in support of its Rule 12(b)(6) Motion to Dismiss in excess of the Local Rules' page limits. Oasis respectfully shows as follows:

4900-1120-0268.1

## BACKGROUND

This case arises out of the tragic shooting that occurred in Uvalde, Texas on May 24, 2022. Plaintiffs sued Oasis and others—including Daniel Defense, LLC f/k/a Daniel Defense, Inc., Daniel Defense Holdings, LLC, and M.C. Daniel Group, Inc. (collectively, "***Daniel Defense***")—in Texas state court in May 2024, alleging that Oasis negligently transferred and sold firearms and ammunition to the shooter.

On July 26, 2024, Daniel Defense removed this case—before Oasis filed any answer in Texas state court. *See* Dkt. 1. On August 16, 2024, Oasis filed a Rule 12(b)(6) Motion to Dismiss based on the Protection of Lawful Commerce in Arms Act (15 U.S.C. § 7901 *et seq.*) (the "PLCAA") and Texas law. *See* Dkt. 5. The parties and this Court agreed that Plaintiffs' response brief would be due October 31, 2024, and Oasis's reply brief would be due January 17, 2025. *See* Dkt. 7; *see* 11/22/2024 Text Order Granting Dkt. 7 Motion for Extension of Time. Oasis's Reply is attached as "Exhibit 1" to this filing.

## MOTION FOR LEAVE

Local Rule CV-7(e) limits reply briefs to ten pages. Oasis's Reply is twenty-two pages, exclusive of the caption, service, and signature block-related material. Given the importance of the issues and significance of the underlying case, Oasis respectfully requests it be granted an additional twelve pages above the limitation set forth in CV-7 and for leave to file its Reply in excess of the page limitations prescribed by Local Rule CV-7(e). Plaintiffs do not oppose this request.

## CONCLUSION

Defendant Oasis Outback respectfully requests the Court grant it leave to file its Reply in excess of the page limitations prescribed by Local Rule CV-7(e).

4900-1120-0268.1

Respectfully submitted,

**GRAY REED**

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry III
State Bar No. 11868750
J.J. Hardig, Jr.
State Bar No. 24010090
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000 (Telephone)
(713) 986-7100 (Fax)
Email: alandry@grayreed.com
Email: jhardig@grayreed.com

-and-

**JEFFERSON CANO**

*/s/ Lamont A. Jefferson*
Lamont A. Jefferson
State Bar No. 10607800
Emma Cano
State Bar No. 24036321
122 E. Pecan St., Suite 1650
San Antonio, Texas 78205
(210) 988-1808 (Telephone)
(210) 988-1808 (Fax)
Email: ljefferson@jeffersoncano.com
Email: ecano@jeffersoncano.com

**ATTORNEYS FOR DEFENDANT OASIS OUTBACK, LLC**

4

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Plaintiffs' counsel concerning this request and that they are unopposed to the relief sought.

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry, III

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record through the CM/ECF system on this 17th day of January, 2025.

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry, III

4900-1120-0268.1